IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-258-5 |
| | § | |
| | § | |
| SIKIRU OLUBUNMI BONOJO | § | |

## ORDER

The government filed a status report that brought details to the court's attention about defendant Sikiru Olubunmi Bonojo's actions. The court held a hearing outside the presence of the government and the codefendants. The court orders a psychiatric evaluation of defendant Bonojo by Dr. Seth Silverman. A report will be filed with the court, under seal, following the evaluation, no later than December 2, 2013. The court approves expenses up to $2400.00 without prior Circuit authorization.

SIGNED on October 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge