IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-10-258-5 |
| | § § § | |
| SIKIRU O. BONOJO | § | |

**O R D E R**

The defendant Sikiru O. Bonojo filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 505). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 10, 2015 at 10:30 a.m.**

SIGNED on August 5, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge